# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-12-8176-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, | |
| Defendant. | |

Before the Court is Defendant United States Forest Service's Motion for extension of time to respond to Plaintiffs' Complaint. (Doc. 18.) Having considered the Motion, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time. (Doc. 18.)

**IT IS FURTHER ORDERED** that Defendant shall respond to the Complaint on or before **November 30, 2012**.

DATED this 26th day of October, 2012.

_____
Stephen M. McNamee
Senior United States District Judge