Tom Horne
Attorney General
Firm Bar No. 14000
James F. Odenkirk
State Bar No. 013992
Assistant Attorney General
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
(602) 542-1401
James.Odenkirk@azag.gov

Attorneys for State of Arizona

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

# PRESCOTT DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB;** and **GRAND CANYON WILDLANDS COUNCIL,**<br><br>                              **Plaintiffs,**<br><br>V.<br><br>**UNITED STATES FOREST SERVICE,** a United States Government Agency,<br><br>                              **Defendant.** | Case No.  CV-12-8176-PCT-SMM<br><br><br><br>**STATE OF ARIZONA'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF FILING A MOTION TO DISMISS** |

      The State of Arizona, ex rel. the Arizona Game and Fish Commission and the Arizona Game and Fish Department, hereby moves this Court for leave to intervene pursuant to Federal Rule of Civil Procedure 24 for the sole and limited purpose of filing a separate motion to dismiss under Rules 12(b)(7) and 19.  This motion is supported by the

Memorandum in Support of the State of Arizona's Motion to Intervene for the Limited Purpose of Filing a Motion to Dismiss.

RESPECTFULLY SUBMITTED this 6th day of November, 2012.

TOM HORNE
Arizona Attorney General


/s/ James F. Odenkirk
James F. Odenkirk
Assistant Attorney General
Attorneys for State of Arizona

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2012, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ James F. Odenkirk
James F. Odenkirk