Kevin M. Cassidy (*pro hac vice*)
Oregon Bar No. 025296
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Allison LaPlante (*pro hac vice*)
Oregon Bar No. 023614
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894
laplante@lclark.edu

Adam Keats (*pro hac vice*)
California Bar No. 191157
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x304
akeats@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; and GRAND CANYON WILDLANDS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | Case No: 3:12-cv-08176-SMM <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above-entitled case hereby appeal

1

to the United States Court of Appeals for the Ninth Circuit from the District Court's Final Judgment (Dkt.# 82), entered in this action on the 2nd day of July, 2013, and including the District Court's underlying Memorandum of Decision and Order (Dkt.# 81), dated July 1, 2013.

Respectfully submitted,


Dated:  August 21, 2013            */s/ Allison LaPlante*

                                                Allison LaPlante
                                                Earthrise Law Center
                                                Lewis & Clark Law School
                                                10015 S.W. Terwilliger Blvd.
                                                Portland, OR 97219
                                                (503) 768-6894
                                                laplante@lclark.edu


                                                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which will send notification of such filing to the following:

**Dustin Maghamfar**, United States Department of Justice, Attorney for Defendant United States Forest Service.

**James Odenkirk**, Attorney for the State of Arizona.

**C.D. Michel**
**Scott M. Franklin**, Attorneys for National Rifle Association.

**Douglas S. Burdin**
**Anna M. Seidman**, Attorneys for Safari Club International.

**Kevin Cassidy**
**Adam Keats**, Attorneys for Plaintiffs.

/s/ *Allison LaPlante*

3