UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant - Appellee. | No. 13-16684 <br><br> D.C. No. 3:12-cv-08176-SMM <br> U.S. District Court for Arizona, Prescott <br><br> **MANDATE** |

The judgment of this Court, entered January 12, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $146.70.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk