

To:
Cc:
Bcc:
Subject: 13-16684 Ctr for Biological Diversity, et al v. USFS "Mandate Issued"
From: ca9_ecfnoticing@ca9.uscourts.gov - Tuesday 03/08/2016 10:55 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/08/2016 at 9:54:34 AM PST and filed on 03/08/2016

**Case Name:** Ctr for Biological Diversity, et al v. USFS
**Case Number:** 13-16684
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(MMM, JBR and BDP) Costs taxed against Appellee in the amount of $146.70. [9893129] (Turcios, Margoth)

**Notice will be electronically mailed to:**

Mr. Allen M. Brabender, Attorney
Mr. Douglas Scott Burdin, Litigation Counsel
Kevin M. Cassidy, Attorney
Lia Comerford
Mr. Norman Daniel James, Attorney
Michael T Jean
Allison Michelle LaPlante
Mr. James Odenkirk, Assistant Attorney General
USDC, Prescott, District/Bankruptcy Clerk

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/MargothTurcios1_1316684_9893129_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/08/2016] [FileNumber=9893129-0]
[961766ca2604b4beae89d4082aef68fdc408317ec94bbe07eefe56164b1b67aeddd96e0228e5ca9d

452c32f568542d80502feb1d9b75a5b667fe2cb847b73975]]
**Recipients:**
- Mr. Allen M. Brabender, Attorney
- Mr. Douglas Scott Burdin, Litigation Counsel
- Kevin M. Cassidy, Attorney
- Lia Comerford
- Mr. Norman Daniel James, Attorney
- Michael T Jean
- Allison Michelle LaPlante
- Mr. James Odenkirk, Assistant Attorney General
- USDC, Prescott, District/Bankruptcy Clerk

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 9893129
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 11341537