Kevin M. Cassidy (*pro hac vice*)
Oregon Bar No. 025296
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Allison LaPlante (*pro hac vice*)
Oregon Bar No. 023614
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97211
(503) 768-6894
laplante@lclark.edu

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; and GRAND CANYON WILDLANDS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No: 3:12-cv-08176-SMM<br><br>**DECLARATION OF ALLISON LAPLANTE IN SUPPORT OF BILL OF COSTS** |

I, Allison M. LaPlante, do hereby declare:

1. I am an attorney for Plaintiffs in the above-captioned matter.

2. On July 2, 2013, this Court issued an Order dismissing Plaintiffs' case. *See* Docket No. 81. The Court issued a Judgment on the same day. *See* Docket No. 82.

3. Plaintiffs filed a Notice of Appeal, and paid the associated $455 filing fee, on

1

August 21, 2013. *See* Docket No. 83.

    4.    On January 12, 2016, the U.S. Court of Appeals for the Ninth Circuit issued an opinion reversing this Court's July 2, 2013 judgment dismissing Plaintiffs' case.

    5.    On March 10, 2016, the Mandate of the U.S. Court of Appeals was docketed in this case. *See* Docket No. 86.

    6.    Federal Rule of Appellate Procedure 39(e) provides that the filing fee for appeals is taxable in the district court.

    7.    Attached to this declaration is a true and correct copy of the receipt for the $455 filing fee associated with Plaintiffs' successful appeal in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Dated this 24th day of March, 2016.

                                          */s/ Allison M. LaPlante*
                                          ALLISON M. LAPLANTE
                                          Earthrise Law Center
                                          Lewis & Clark Law School
                                          10015 S.W. Terwilliger Blvd.
                                          Portland, OR 97219
                                          Tel: (503) 768-6894
                                          laplante@lclark.edu

                                          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which will send notification of such filing to the following:

**Dustin Maghamfar**, United States Department of Justice, Attorney for Defendant United States Forest Service.

**James Odenkirk**, Attorney for the State of Arizona.

**C.D. Michel**
**Scott M. Franklin**, Attorneys for Proposed Intervener National Rifle Association.

**Douglas S. Burdin**
**Anna M. Seidman**, Attorneys for Proposed Intervener Safari Club International.

**James D. Norman**
**Jay L. Shapiro**, Attorneys for Proposed Intervener National Shooting Sports Foundation.

**Kevin Cassidy**, Attorney for Plaintiffs.

/s/ *Allison LaPlante*

3