# Transaction Detail Results

**Agency:** USDC **Application:** AZD CM ECF

## Transaction Information

| | |
|---|---|
| Pay.gov Tracking ID: | 25C2NT7G |
| Agency Tracking ID: | 0970-9530074 |
| Account Holder Name: | Allison LaPlante |
| Transaction Date (ET): | 08/21/2013 7:07 PM |
| Transaction Amount: | $455.00 |
| Email Address: | |
| Address: | 4223 NE 8th Ave Portland OR 97211 USA |
| Event: | Sale |
| Credit Card Type: | Visa |
| Credit Card Number: | ************0904 |

| | |
|---|---|
| Collection Status: | Success |
| AVS Code: | Y |
| Approval Code: | 01431D |
| Authorization Response Code: | 00 |
| Authorization Response Text: | |
| Card Security Code Result: | M |
| Batch Pay.gov Tracking ID: | 52978490 |
| Username: | paygovadmin |

10/18/2013
02:14 PM ET

Page 1 of 1

## Appeal Documents

3:12-cv-08176-SMM Center for Biological Diversity et al v. United States Forest Service **CASE CLOSED on 07/02/2013**

CLOSED,STD

## U.S. District Court

### DISTRICT OF ARIZONA

### Notice of Electronic Filing

The following transaction was entered by LaPlante, Allison on 8/21/2013 at 4:13 PM MST and filed on 8/21/2013

**Case Name:** Center for Biological Diversity et al v. United States Forest Service
**Case Number:** 3:12-cv-08176-SMM
**Filer:** Center for Biological Diversity
Grand Canyon Wildlands Council
Sierra Club
**WARNING: CASE CLOSED on 07/02/2013**
**Document Number:** 83

**Docket Text:**
NOTICE OF APPEAL to 9th Circuit Court of Appeals re: [81] Order on Motion to Dismiss/Lack of Jurisdiction,,,, Order on Motion to Dismiss for Failure to State a Claim,,,, Order on Motion to Intervene,,,,,,,,,,, [82] Clerks Judgment, by Center for Biological Diversity, Grand Canyon Wildlands Council, Sierra Club. Filing fee received: $ 455.00, receipt number 0970-9530074. (LaPlante, Allison)


3:12-cv-08176-SMM Notice has been electronically mailed to:

Adam F Keats    akeats@biologicaldiversity.org

Allison LaPlante    laplante@lclark.edu

Anna Margo Seidman    aseidman@safariclub.org

Carl Dawson Michel    cmichel@michelandassociates.com, csanchez@michelandassociates.com, hvillegas@michelandassociates.com

Douglas Scott Burdin    dburdin@safariclub.org