FENNEMORE CRAIG, P.C.
Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
2394 E. Camelback Road
Suite 600
Phoenix, AZ  85016-2394
Telephone:  (602) 916-5000
Email:  njames@fclaw.com
        rbilling@fclaw.com

Attorneys for National Shooting Sports Foundation, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity; Sierra Club; and Grand Canyon Wildlands Council,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States Forest Service,<br><br>　　　　　Defendant,<br><br>and<br><br>National Shooting Sports Foundation, Inc.<br><br>　　　　　Applicant for Intervention | No. CV-12-8176-PCT-SMM<br><br>**NATIONAL SHOOTING SPORTS FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of intervenor National Shooting Sports Foundation, Inc. ("NSSF") in compliance with the provisions of: *(check one)*

| | |
|---|---|
| _X_ | Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. |
| ____ | Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. |
| ____ | Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organization victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1). |

**The filing party hereby declares as follows:**

_X_  No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attached additional pages if needed.)*

_____ Relationship _____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attached additional pages if needed.)*

_____ Relationship _____

____ Other (please explain)

_____

_____

1 | **A supplemental disclosure statement will be filed upon any change in the**
2 | **information provided herein.**
3 | DATED this 7th day of April, 2016.

FENNEMORE CRAIG, P.C.

By  s/ Norman D. James
    Norman D. James
    Rhett A. Billingsley
    Attorneys for National Shooting Sports
    Foundation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2016, I electronically transmitted the foregoing NATIONAL SHOOTING SPORTS FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA  94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org
Attorney for Plaintiffs

Kevin M. Cassidy
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA  02061
781-659-1696
Email: cassidy@lclark.edu
Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, D.C.  20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov
Attorney for Defendant, United States Forest Service

Allison LaPlante
Earthrise Law Center - Portland OR
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR  97219
503-768-6894
Fax:  503-768-6642
Email: laplante@lclark.edu
Attorney for Plaintiffs

James Frederick Odenkirk
Office of the Attorney General
1275 W. Washington
Phoenix, AZ  85007-2997
602-542-7787
Fax:  602-542-7798
Email:  james.odenkirk@azag.gov
Attorney for State of Arizona

Anna Margo Seidman
Safari Club International
501 2nd St NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: aseidman@safariclub.org
Attorney for Safari Club International

Douglas Scott Burdin
Safari Club International
501 2nd St NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: dburdin@safariclub.org
Attorney for Safari Club International

Carl Dawson Michel
Michel & Associates PC
180 E Ocean Blvd., Ste 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445
Email: cmichel@michelandassociates.com
Attorney for National Rifle Association

1  Scott M Franklin
   Michel & Associates PC
2  180 E Ocean Blvd., Ste. 200
   Long Beach, CA 90802
3  562-216-4444
   Fax: 562-216-4445
4  Email: sfranklin@michellawyers.com
   Attorney for National Rifle Association
5

6                                              s/Norman D. James

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26