FENNEMORE CRAIG, P.C.
Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
2394 E. Camelback Road
Suite 600
Phoenix, AZ  85016-2394
Telephone:  (602) 916-5000
Email:  njames@fclaw.com
           rbilling@fclaw.com

Attorneys for National Shooting Sports
Foundation, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity; Sierra Club; and Grand Canyon Wildlands Council, | No. CV-12-8176-PCT-SMM |
| Plaintiffs, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM** |
| United States Forest Service, | |
| Defendant, | |
| and | |
| National Shooting Sports Foundation, Inc. | |
| Applicant for Intervention | |

Pursuant to LRCiv 83.3(b)(4), notice is hereby given that Rhett A. Billingsley is being substituted for Jay L. Shapiro, currently listed as a Fennemore Craig, P.C. attorney representing National Shooting Sports Foundation, Inc.  Mr. Billingsley's current mailing address and email address are:

1   Fennemore Craig, P.C.
    2394 East Camelback Road, Suite 600
2   Phoenix, AZ  85016
    rbilling@fclaw.com
3

4   All other attorneys of record remain the same.

5   DATED this 7th day of April, 2016.

6
                                    FENNEMORE CRAIG, P.C.
7

8
                                    By  s/  Rhett A. Billingsley
9                                       Norman D. James
                                        Rhett A. Billingsley
10                                      Attorneys for National Shooting Sports
                                        Foundation, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2016, I electronically transmitted the foregoing NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA  94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org
Attorney for Plaintiffs

Kevin M. Cassidy
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA  02061
781-659-1696
Email: cassidy@lclark.edu
Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, D.C.  20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov
Attorney for Defendant, United States Forest Service

Allison LaPlante
Earthrise Law Center - Portland OR
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR  97219
503-768-6894
Fax:  503-768-6642
Email: laplante@lclark.edu
Attorney for Plaintiffs

James Frederick Odenkirk
Office of the Attorney General
1275 W. Washington
Phoenix, AZ  85007-2997
602-542-7787
Fax:  602-542-7798
Email:  james.odenkirk@azag.gov
Attorney for State of Arizona

Anna Margo Seidman
Safari Club International
501 2nd St NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: aseidman@safariclub.org
Attorney for Safari Club International

Douglas Scott Burdin
Safari Club International
501 2nd St NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: dburdin@safariclub.org
Attorney for Safari Club International

Carl Dawson Michel
Michel & Associates PC
180 E Ocean Blvd., Ste 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445
Email: cmichel@michelandassociates.com
Attorney for National Rifle Association

1

Scott M Franklin
Michel & Associates PC

2

180 E Ocean Blvd., Ste. 200
Long Beach, CA 90802

3

562-216-4444
Fax: 562-216-4445

4

Email: sfranklin@michellawyers.com
Attorney for National Rifle Association

5

6

s/ Rhett A. Billingsley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26