# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PRESCOTT DIVISION

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States Forest Service, <br><br> Defendant, and <br><br> National Rifle Association of America and Safari Club International, <br><br> Proposed Defendant-Intervenors. | **CASE NO. 3:12-cv-08176-PCT-SMM** <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

Proposed Defendant-Intervenors National Rifle Association ("NRA") and Safari Club International's ("SCI") Motion for Leave to Intervene came on for hearing before this Court on _____.

After considering the Motion and all supporting and opposing documents, and having heard oral argument of counsel, and otherwise being duly advised on all matters presented on this cause, IT IS HEREBY ORDERED that leave is GRANTED to allow NRA and SCI to jointly intervene as a matter of right in this Action as a defendant.

1

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**

1
2  The Proposed Answer provided with the Motion shall be considered filed as of the
3  date of this ruling.
4
5  IT IS SO ORDERED.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**