IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | CASE NO. 3:12-cv-08176-PCT-SMM |
| Plaintiff, | |
| vs. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, | |
| Defendant-Intervenor-Applicants | |

## DECLARATION OF THOMAS LEE BRITT

I Thomas Lee Britt declare as follows:

1. I am an Arizona resident.

2. I have been a member of Safari Club International since 1999, and I was president of the Safari Club International Northern Arizona Chapter from 2000-2003.

3. I am a lifetime Member of the National Rifle Association of America.

4. I am also a member of the Wildlife Society, the Rocky Mountain Elk Foundation, the National Wild Turkey Foundation, the Arizona Wildlife Foundation, the North American Wildlife Enforcement Officers Association and the Boone and Crockett Club.

1

5. I have been a hunter for about 66 years. I began hunting on my own with a Daisy b-b rifle, with some mentorship from my grandparents, and other adults.

6. I have hunted all over the United States, including in Arizona, Colorado, Idaho, Kansas, Louisiana, Missouri, Nebraska, New Mexico, Oregon, South Carolina, South Dakota, Texas, Utah, and Wyoming.

7. In Arizona I mainly hunt in the northern, and southeastern regions of the state, where I have hunted mule deer, elk, bison, turkey, mountain lion, black bear, white-tailed deer, antelope, javelina, bighorn sheep, quail dove, blue grouse, waterfowl, predators, band-tailed pigeon, and squirrels

8. In the Kaibab National Forest, I have hunted bison, mule deer, turkey, chukars, dove, waterfowl, squirrels, blue grouse, rabbits, and predators.

9. I have used traditional lead-based ammunition for all hunting.

10. I generally do not use non-lead alternative ammunition because most of my hunting on the North Kaibab over the last 41 years has been for blue grouse and turkey. For that type of hunting, I use shotguns that are not compatible with most brands of non-lead alternative ammunition. In fact, the majority of non-lead alternatives will damage these shotguns.

11. When I hunt blue grouse and turkey, I remove the entire carcass from the field. Because of this, the lead shot I use is not available to other wildlife to ingest.

12. While there may be some types of non-lead ammunition that I could use for my shotguns, it is not readily accessible. To obtain it I would either have to order the non-lead ammunition, or travel to Phoenix to purchase the type that may be compatible with the firearms I use to hunt turkey, blue grouse, rabbits, and chukars.

13. I have experience with non-lead ammunition. I have used non-lead rifle ammunition to hunt elk. I found that it proved to be a poor substitute for lead-based ammunition. The projectile did not expand properly, and merely punched a hole through the animal and consequently the animal had to be shot several times before it collapsed.

14. On other occasions, I have used steel shot for waterfowl hunting due to federal law requirements. Despite advancements in design, steel shot has never performed as well as lead shot.

15. I hunted in the Kaibab National Forest in 2012, around the time this lawsuit was filed, and in the years since. As I have done for many years, I have definite plans to continue to hunt the north part of the Kaibab National Forest for turkey, rabbits, chukars, and squirrels and will do so in the next several months. I may also hunt predators. I will certainly hunt mule deer again if I am successful in the lottery. Most of my grouse hunting is done on the south end of the Kaibab National Forest. My deer, chukar, and rabbit hunting will be done on the west side along Kanab Creek. I hunt turkey all over the top of the Plateau in the ponderosa/mixed conifer forest type.

16. If lead ammunition is banned from the Kaibab then I will be harmed by the fact I cannot use my shotguns as they are not compatible with non-lead ammunition. The special type of non-lead ammunition that I can safely use is very expensive and difficult to obtain in Northern Arizona. In addition, the non-lead alternatives are often less efficient and accurate.

17. A ban on lead ammunition in the Kaibab National Forest will deprive me of the ability to use the firearms that I prefer and will interfere with my hunting success and enjoyment.

18. I make this statement in support of Safari Club International and the National Rifle Association of America's motion to intervene in this lawsuit.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13 day of April, 2016, at FLAGSTAFF, ARIZONA

_____
Thomas Lee Britt

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Adam F. Keats<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104<br>415-436-9682<br>Fax: 415-436-9683<br>Email: akeats@biologicaldiversity.org<br><br>Attorney for Plaintiffs | Kevin M. Cassidy<br>Pacific Env'l Advocacy Center<br>Lewis & Clark Law School<br>P.O. Box 445<br>Norwell, MA 02061<br>781-659-1696<br>Email: cassidy@lclark.edu<br><br>Attorney for Plaintiffs |
| Dustin J. Maghamfar<br>U.S. Dept. of Justice - Environmental<br>& Natural Resources<br>P.O. Box 7611<br>Washington, DC 20044<br>202-514-1806<br>Fax: 202-514-8865<br>Email: dustin.maghamfar@usdoj.gov<br><br>Attorney for Defendant, United States Forest Service | James Frederick Odenkirk<br>Office of the Attorney General<br>1275 W Washington<br>Phoenix, AZ 85007-2997<br>602-542-7787<br>Fax: 602-542-7798<br>Email: james.odenkirk@azag.gov<br><br>Attorney for Defendant Intervenor,<br>State of Arizona |

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant
National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin