IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>    Defendants,<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,<br><br>Proposed Defendant-Intervenor. | CASE NO. 3:12-cv-08176-PCT-SMM |

### DECLARATION OF CHRIS W. COX

I Chris W. Cox, declare as follows:

1. I am the Executive Director of the National Rifle Association of America's Institute for Legislative Action. I have held this position since 2002.

2. I am authorized to speak for and represent the National Rifle Association of America in litigation pursuant to Article X Section 1 of the bylaws of the National Rifle Association of America.

3. The National Rifle Association of America is an Internal Revenue Code Section 501(c)(4) nonprofit membership organization, incorporated in the state of New York in 1871, with its principal place of business in Fairfax Virginia.

4. Among the National Rifle Association of America's purposes and objectives are "[t]o promote hunter safety, and to promote and defend hunting as a shooting sport and as a viable and necessary method of fostering the propagation, growth and conservation of our renewable wildlife resources." National Rifle Association of America Bylaws Article II Section 5.

5. The National Rifle Association of America currently has approximately 5,000,000 individual members, many of whom reside in Arizona, and hunt in the Kaibab National Forest.

6. The National Rifle Association of America and its members support sustainable use conservation, and are dedicated to protecting, promoting, and preserving America's hunting heritage for the common good, and general welfare of the public

7. The National Rifle Association of America has: a Director of Conservation, Wildlife, and Natural Resources; a Hunting policy Liaison; and a Hunter Services Division working at its headquarters in Fairfax, Virginia. They are responsible for promoting the interests of the hunting community in wildlife management. In addition, they work to ensure that wildlife population continue to be available to be enjoyed my National Rifle Association of America members, and to protect and sustain hunting in support of wildlife conservation.

8. The National Rifle Association of America's Director of Conservation, Wildlife, and Natural Resources serves as the Chair to the Federal Lands, Hunting, Fishing, and Shooting Sports Roundtable ("the Roundtable"). The Roundtable was created by a Memorandum of Understanding signed by the U.S. Forest Service, the U.S. Bureau of Land Management, the U.S. Fish and Wildlife Service, and 40 private hunting and conservation organizations, including the National Rifle Association of America. The Roundtable's primary purpose "is to develop and expand a framework…for planning and implementing mutually beneficial projects and activities related to hunting, fishing, and shooting sports conducted on federal lands." *See* the Roundtable Memorandum of Understanding § A, at 2, available at: http://www.fs.fed.us/recreation/programs/trails/shooting_mou.pdf.

9. The National Rifle Association of America has been instrumental in the passage of virtually every significant piece of hunting and wildlife conservation legislation throughout the nation for over 30 years including: protecting hunters form harassment in the field; protecting, and expanding hunting seasons; promoting right-to-hunt amendments to many state constitutions; and fighting to keep areas open to hunting.

10. If the Plaintiffs are successful in this lawsuit then the National Rifle Association of America members who hunt in the Kaibab National Forest will be forced to use alternative types of ammunition, which can be more costly and are not as readily available as traditional ammunition.

11. I submit this declaration in support of the National Rifle Association of America's efforts to intervene in the above captioned manner.

2

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12 day of April, 2016, at Fairfax, Virginia

_____
Chris W. Cox

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Env'l Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental
& Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant
National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin