C. D. Michel – Cal. B.N. 144258
W. Lee Smith – Cal. B.N. 196115
Scott M. Franklin – Cal. B.N. 240254
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite No. 200
Long Beach, CA 90802
(pro hac vice applications forthcoming)
Telephone:   562-216-4444
Facsimile:   562-216-4445
Emails:   cmichel@michellawyers.com
          lsmith@michellayers.com
          sfranklin@michellawyers.com

Douglas S. Burdin, DC B.N. 434107
Anna M. Seidman, DC B.N. 417091
Safari Club International
501 2nd Street, NE
Washington, D. C. 20002
(pro hac vice applications forthcoming)
Facsimile: 202-543-1205
Emails: dburdin@safariclub.org
aseidman@safariclub.org
Telephone: 202-543-8733

Attorneys for Proposed Defendant-
Intervenors National Rifle Association
of America and Safari Club International

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States Forest Service, <br><br> Defendant, and <br><br> National Rifle Association of America and Safari Club International, <br><br> Proposed Defendant-Intervenors. | CASE NO. 3:12-cv-08176-PCT-SMM <br><br> **DECLARATION OF TODD GEILER IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE** |

**1**

**DECLARATION OF TODD GEILER**

# DECLARATION OF TODD GEILER

I, TODD GEILER, O.D., declare as follows:

1. I am an Arizona resident and I have resided in Arizona for 52 years.

2. I am a current life member of the National Rifle Association at the Benefactor level.

3. I have been hunting for 47 years. I have personally hunted in the areas known as the Kaibab National Forest (Kaibab 12A), the Arizona Strip (13A/B) and the Vermillion Cliffs (12B) since childhood.  I did not successfully draw a deer tag in this year's Arizona Game & Fish Big Game drawing.  However, I will be predator and coyote hunting throughout the winter months in various game management units, 12 A/B, 13 A/B, which includes the Kaibab National Forest . When I am not able to travel to the north end of Arizona, I will predator hunt in units 9 and 10. On occasion, I will be hunting mountain lions as well.

4. Hunting is a longstanding family tradition in the State of Arizona and in the Kaibab National Forest, the Arizona Strip and Vermillion Cliffs. My family first became involved in this tradition with my great grandfather, S. Gustaf Anderson, around 1900 and the tradition of hunting this vast land continues today. I have family friends and have met hunters that I know who have continued such family traditions on the "Kaibab", the "Strip", and the "Cliffs" as long as my family has.

5. I am an active competitive pistol and rifle shooter for the last 39 years. I was a member of the National Developmental Pistol Team and have currently returned high power rifle competitions as well. I have an extensive knowledge about bullet flight ballistics, flight and terminal ballistics, both at the shooting range and in the field while hunting.  I prefer ammunition containing lead bullets for hunting and target shooting and would not use ammunition with non-lead bullets. Currently, non-lead bullets used for reloading do not have the in-flight ballistics (i.e., ballistic coefficients) or the established record of accuracy at long distances in my opinion. You will not find non-lead bullets used in any long range rifle competition. During the bullet manufacturing process, the copper

jacket is drawn and formed with a punch press. Once the copper jacket is drawn, a lead core is then hydraulicly pressed into the nose opening after which the nose of the bullet is formed around lead core. The concentricity tolerances are to near 1/10,000th of an inch.

6. Most of the hunting I do on the Kaibab National Forest, Arizona Strip, or the Vermillion Cliffs involves long-distance shots and my rifle is calibrated for shots from 100 to 600-yards. As a responsible sportsman, I feel it is my ethical duty and responsibility to require the utmost from myself, my rifle and my equipment. As bullet development has evolved, so have the technologies. It does not matter whether one reloads cartridges using bullets manufactured by Berger, Hornaday, Nosler, Sierra or Swift Bullet Company. The manufacturing process is proprietary but end point is the same. A shooter/hunter needs a bullet that will hold together and give the marksmen the utmost accuracy. Advancements in these technologies have developed hunting bullets where we now have bonded lead cores to the copper jackets increasing bullet weight retention in the terminal shot phase. These bonded bullets achieve 80 percent weight retention when recovered from downed big game animals. This translates to 80 percent less free lead in the environment.

7. I oppose any and all proposed prohibitions and/or restrictions on the use of lead ammunition for hunting and the shooting sports on the Kaibab (12A), Arizona Strip (13A/B), Vermillion Cliffs (12B) as well as the adjacent hunt units 9, 10, 18A and unit 15 in totality, barring solid, trustworthy scientific evidence showing such a need.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _11_ day of _April_, 2016, at _1300 Hrs_, Arizona. Prescott

_____
TODD GEILER, O.D.

**3**
**DECLARATION OF TODD GEILER**

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 14th day of April, 2016, I electronically |
| 3 | transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF |
| 4 | |
| 5 | System for filing and transmittal of a Notice of Electronic Filing to the following |
| 6 | CM/ECF registrants: |

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com

Attorney for Intervenor Applicant
National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin