**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, et al.

Plaintiff,

vs.

UNITED STATES FOREST SERVICE, et al.,

Defendants,

NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,

Defendant-Intervenor-Applicants.

Case No.: 3:12-cv-08176-SMM

**DECLARATION OF REW GOODENOW**

I, Rew Goodenow, declare as follows:

1. I am Chairman of the Legal Task Force of Safari Club International ("SCI").

2. I am an attorney and principal in the law firm of Parsons, Behle and Latimer in Reno, Nevada.

3. Safari Club International is a nonprofit corporation incorporated in the State of Arizona, operating under § 501(c)(4) of the Internal Revenue Code, with principal offices and place of business in Tucson, Arizona.

4. Its membership includes approximately 50,000 individuals from the United States and many of the countries around the world.

5. Its missions are the conservation of wildlife, protection of the hunter, and education of the public concerning hunting and its use as a conservation tool. SCI carries out its conservation mission through its sister organization, Safari Club International Foundation (SCIF).

6. SCIF is a non-profit corporation, incorporated in the State of Nevada, operating under § 501(c)(3) of the Internal Revenue Code, with principal offices and place of business in Tucson, Arizona. SCIF's missions include funding and directing worldwide programs dedicated to wildlife conservation and outdoor education.

7. Tens of thousands of SCI members hunt and enjoy recreational pursuits throughout the United States.

8. SCI members live and hunt in Arizona, including in the Kaibab National Forest.

9. In addition to litigation efforts generally regarding hunting, conservation, federal lands, and endangered species, SCI has participated in litigation involving lead ammunition and hunting in the Arizona Strip area. *Center for Biological Diversity v. Bureau of Land Management,* Case No. 3:09-cv-08011-PGR (D. Az.).

10. SCI has commented to the California Fish and Game Commission regarding condors and lead ammunition, including in April 2007, November 2007, and June 2009.

11. I make this declaration in support of the motion to intervene of Safari Club International.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4 day of April, 2016, at Reno, NV

[signature]

Rew Goodenow

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Env'l Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin