C. D. Michel –  Cal. B.N. 144258
W. Lee Smith – Cal. B.N. 196115
Scott M. Franklin  – Cal. B.N. 240254
(pro hac vice applications forthcoming)
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite No. 200
Long Beach, CA 90802
Telephone:	562-216-4444
Facsimile:	562-216-4445
Emails:	cmichel@michellawyers.com
	lsmith@michellawyers.com
	sfranklin@michellawyers.com

Douglas S. Burdin, DC B.N. 434107
Anna M. Seidman, DC B.N. 417091
Safari Club International
501 2nd Street, NE
Washington, D. C. 20002
(pro hac vice applications forthcoming)
Facsimile: 202-543-1205
Emails: dburdin@safariclub.org
aseidman@safariclub.org
Telephone: 202-543-8733

Attorneys for Proposed Defendant-Intervenors National Rifle Association of America and Safari Club International

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>United States Forest Service, <br><br>　　　　　Defendant, and <br><br>National Rifle Association of America and Safari Club International, <br><br>　　　　　Proposed Defendant-Intervenors. | CASE NO. 3:12-cv-08176-PCT-SMM <br><br>**DECLARATION OF DON MARTIN IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE** |

**1**
**DECLARATION OF DON MARTIN**

## DECLARATION OF DON MARTIN

I, Don Martin, declare as follows:

1. I am an Arizona resident and I have resided in Arizona for virtually my entire life, 65 years.

2. I am a member of the National Rifle Association.

3. I have worked as a professional hunting guide in Arizona for approximately 30 years. I have personally participated in approximately 150 hunts in northern Arizona (including hunts in the Kaibab National Forest) during that time.

4. As the former chairman of the Wilderness, Wildlife and Endangered Species subcommittee for the Mohave County Public Lands Use Committee, I personally participated in the discussions with the Arizona Game & Fish Department relating to introducing California condors into northern Arizona. I personally supported the reintroduction effort and suggested that the Mohave County Board of Supervisors also support the project after being told the condors that were going to be transplanted would be designated by the U.S. Fish & Wildlife Service (USFWS) as 10(j); experimental and non-essential, and therefore would not affect current hunting or livestock grazing practices. Subsequently, the Board of Supervisors did vote to send in a letter of support.

5. From my experience, I know that hunters overwhelmingly prefer to use lead ammunition for hunting because it is: more available and less expensive than non-lead ammunition, known for being ballistically superior to non-lead ammunition, and is less destructive to firearms during use than is non-lead ammunition. Also, lead ammunition is what most hunters practice with in the off-season when sighting their firearms.

6. Hunting is a longstanding tradition in the Kaibab National Forest and sportsmen from all over the United States come to this area to participate in some of the finest big game hunting in the Western United States.

7. If hunters are prohibited from using lead-based ammunition in the Kaibab National Forest, I believe such a restriction will negatively impact my business as an outfitter and hunting guide, either because hunters may want to use firearms for which

1  non-lead ammunition is not readily available, or because hunters will object to the
2  additional costs related to a hunting trip just to be forced to use ammunition that is
3  considered inferior (or both). Either way, a lead-based ammunition restriction, if imposed,
4  will likely make hunting in the Kaibab National Forest less desirable to my clientele.
5      In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the
6  foregoing is true and correct.
7      Executed on this 12th day of April, 2016, at Kingman, Arizona.

*/s/ Don Martin*
Don Martin

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Adam F. Keats<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104<br>415-436-9682<br>Fax: 415-436-9683<br>Email: akeats@biologicaldiversity.org<br><br>Attorney for Plaintiffs | Kevin M. Cassidy<br>Pacific Environmental Advocacy Center<br>Lewis & Clark Law School<br>P.O. Box 445<br>Norwell, MA 02061<br>781-659-1696<br>Email: cassidy@lclark.edu<br><br>Attorney for Plaintiffs |
| Dustin J. Maghamfar<br>U.S. Dept. of Justice - Environmental & Natural Resources<br>P.O. Box 7611<br>Washington, DC 20044<br>202-514-1806<br>Fax: 202-514-8865<br>Email: dustin.maghamfar@usdoj.gov<br><br>Attorney for Defendant, United States Forest Service | James Frederick Odenkirk<br>Office of the Attorney General<br>1275 W Washington<br>Phoenix, AZ 85007-2997<br>602-542-7787<br>Fax: 602-542-7798<br>Email: james.odenkirk@azag.gov<br><br>Attorney for Defendant Intervenor, State of Arizona |

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant
National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin