**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PRESCOTT DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants,<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,<br><br>Defendant-Intervenor-Applicants | CASE NO. 3:12-cv-08176-PCT-SMM |

**DECLARATION OF JACK LESLIE RAINEY**

I Jack Leslie Rainey declare as follows:

1. I am a resident of Peoria, Arizona.

2. I am employed as the Manager of System Design and Construction at an electric utility company.

3. I have been a member of Safari Club International for over nineteen years.

4. I have been a hunter for over 49 years.

5. I was introduced to hunting by my father who would take me dove hunting.

1

6. In addition to my extensive hunting in Arizona, I have hunted elk in Colorado; white tail deer in Kansas; and grizzly and black bear, dall sheep, caribou, mountain goat and sitka black tail deer in Alaska.

7. I have also hunted outside the United States. In Zimbabwe, I hunted kudu, bushbuck, impala, wildebeest, and warthog. In South Africa, I hunted kudu, gemsbuck, nyala, and impala.

8. I have hunted just about everywhere in Arizona.

9. In Arizona, I have elk, mule deer, whitetail deer, antelope, javelina, turkey, and mountain lion.

10. In the Kaibab National Forest, I hunted for mule deer.

11. When hunting in the Kaibab in the past, I used both lead-based and non-lead based ammunition.

12. I choose lead-based ammunition because it is more accurate, available and performs better on impact for a quicker and cleaner take of the animal.

13. When I used non-lead based ammunition in the past, I either purchased it or received it from the State of Arizona.

14. When shooting big game, I choose not to use non-lead based ammunition because the accuracy of the non-lead does not come close to the accuracy of the lead-based ammunition.

15. In 2012, I received a deer tag for the late hunt for the east side of the Kaibab National Forest and hunted that area. I also received a tag for 2015, as did two of my sons, and we hunted deer in the Kaibab National Forest. I have applied for a tag for 2016 and have definite plans to hunt in the Kaibab National Forest later in 2016 if I receive a tag.

16. If this litigation results in a ban on the use of lead ammunition for hunting in the Kaibab National Forest, I will lose the opportunity to hunt in the way that is most efficient and effective and that results in an immediate and painless take

of the animal.  If I am required to use non-lead based ammunition, it will reduce the likelihood of my success and will force me to shorten the range at which I am comfortable to shoot.

17. I make this statement in support of Safari Club International's motion to intervene in this lawsuit.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _12_ day of April, 2016, at ___7:40 AM_____


_____

Jack Leslie Rainey

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Env'l Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental
& Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States
Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor,
State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant
National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin