IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | Case No.: 3:12-cv-08176-SMM |
| Plaintiff, | |
| vs. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants, | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, | |
| Defendant-Intervenor. | |

**DECLARATION OF MICHAEL JOHN RUSING**

I, Michael John Rusing, declare as follows:

1. I am a resident of Tucson, Arizona.

2. I practice law, and am a member of the Arizona Bar.

3. I am a lifetime member of the National Rifle Association of America, and I was a Hunting & Conservation Committee member from 2004-2008.

4. I am a Life Member of Safari Club International ("SCI"), and have been a member of the Southern Arizona Chapter of SCI for approximately 24 years.

5. I am a founding and life member of the Arizona Antelope Foundation, and I have been a member for the last 19 years; a life member of the Desert Bighorn Sheep Society, and a member of the National Wild Turkey Federation.

1

6. I was honored to be selected as the Environmentalist of the Year in 2007 by the Arizona Game and Fish Department.

7. I started hunting about 54 years ago with friends and family while I was growing up in Prescott, Arizona.

8. I have hunted all over the United States: in Alaska for ducks, fox, deer and bear; in Alabama for deer; in California for tule elk and Roosevelt elk; in Colorado for deer and elk; in Hawaii for deer; in Illinois for waterfowl and pheasant; in Kansas for turkey and pheasant; in Missouri for deer; in Montana for upland game and pheasant; in North Dakota for upland game and waterfowl; in Oregon for blacktail deer and Roosevelt elk; in South Dakota for pheasant and waterfowl; in Tennessee for boar and bear; in Texas for deer, waterfowl, boar, exotics, quail and turkey; and in Wyoming for turkey and white tail deer.

9. I have also hunted outside of the United States. In Canada, I hunted caribou, cranes, geese and grouse; in Mexico I hunted turkey, dove, quail, geese, deer and ducks; in New Zealand I hunted ducks, geese and tahr; in South Africa I hunted plains game; in Spain I hunted ibex and red stag; and in Zimbabwe, I hunted leopard, crocodile, cape buffalo, and bushbuck sable.

10. I have hunted just about everywhere in Arizona for coues deer, mule deer, bison, antelope, javelina, bear, and various birds.

11. In the Kaibab National Forest in Arizona, I have hunted mule deer and bison. I used lead ammunition for hunting deer and non-lead ammunition that I got from the State of Arizona for hunting bison.

12. When I used the non-lead ammunition, I found that it performed very poorly, because it does not expand. I had the same experience when I used non-lead ammunition while hunting in California.

13. When I hunted with lead-based ammunition, I generally recovered it and removed it from the area.

14. Around the time the complaint in this case was filed I had definite plans to hunt deer and bison in the Kaibab National Forest in the House Rock Valley, and Unit 12A areas. Today, I have definite plans to hunt in the Kaibab National Forest in the near future.

15. If this litigation is successful and I am prevented from using lead-based ammunition, it will deprive me of the opportunity for a successful and enjoyable hunt because it will prevent me from using the most effective and efficient ammunition.

16. I make this declaration in support of the motion to intervene of Safari Club International and the National Rifle Association of America.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April, 2016, at Tucson, Arizona

_____
Michael John Rusing

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the foregoing Declaration to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Env'l Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
Attorney for Intervenor Applicant National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin