1  C. D. Michel - Cal. B.N. 144258
   (pro hac vice granted)
2  W. Lee Smith – Cal. B.N. 196115
   (pro hac vice application forthcoming)
3  Scott M. Franklin - Cal. B.N. 240254
   (pro hac vice granted)
4  MICHEL & ASSOCIATES, PC
   180 E. Ocean Boulevard, Suite No. 200
5  Long Beach, CA 90802
   Facsimile:    562-216-4445
6  Emails:       cmichel@michellawyers.com
                 lsmith@michellawyers.com
7                sfranklin@michellawyers.com
   Telephone:    562-216-4444
8
   Douglas S. Burdin, D.C. B.N. 434107
9  (pro hac vice granted)
   Anna M. Seidman, D.C. B.N. 417091
10 (pro hac vice granted)
   Safari Club International
11 501 2nd Street, NE
   Washington, D. C. 20002
12 Facsimile:    202-543-1205
   Emails:       dburdin@safariclub.org
13               aseidman@safariclub.org
   Telephone:    202-543-8733
14
   Attorneys for Proposed Defendant-
15 Intervenors National Rifle Association
   of America and Safari Club International

16

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

| | |
|---|---|
| Center for Biological Diversity, et al., | CASE NO. 3:12-cv-08176-PCT-SMM |
| Plaintiffs, | **DEFENDANT-INTERVENER SAFARI CLUB INTERNATIONAL'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| United States Forest Service, | |
| Defendant, and | |
| National Rifle Association of America and Safari Club International, | |
| Proposed Defendant-Intervenors. | |

**1**

**CORPORATE DISCLOSURE**

This Corporate Disclosure Statement is filed on behalf Safari Club International in compliance with the provisions of: *(check one)*

 X  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

 X  No such corporation.
\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_ Other (please explain)_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

2

1  Respectfully submitted this 14th day of April, 2016.

**SAFARI CLUB INTERNATIONAL**

/s/ Douglas S. Burdin
Douglas S. Burdin and Anna M. Seidman,
*Attorneys for Proposed
Defendant- Intervenor Safari Club
International*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2016, I electronically transmitted the Defendant-Intervener Safari Club International's Corporate Disclosure Statement to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
U.S. Dept. of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

Norman D. James (No. 06901)
Rhett A. Billingsley (No. 023890)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-2394
(602) 916-5000
Email: njames@fclaw.com
rbilling@fclaw.com

Attorney for Intervenor Applicant National Shooting Sports Foundation

/s/ Douglas S. Burdin
Douglas S. Burdin

4