IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br>Plaintiff<br><br>v.<br><br><br>United States Forest Service,<br><br>Defendant | No.   CV-12-8176-PCT-SMM<br><br>JUDGMENT ON TAXATION OF COSTS |

    A Mandate from the Court of Appeals was docketed on March 10, 2016. Federal Rule of Appellate Procedure 39(e) provides that the filing fee for appeals is taxable in district court.  Plaintiff filed a Bill of Costs on March 24, 2016, seeking the taxation of $455.00.  No objection was filed. The matter has been reviewed and costs have been awarded as follows.

    The costs are hereby taxed for the plaintiff and against the defendant in the amount of **$455.00**.

DATED this 19th day of April, 2016
BRIAN D. KARTH, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk