# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Forest Service, <br><br> Defendant. | **NO. CV-12-08176-PCT-SMM** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 15, 2017, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and all of plaintiffs' claims are dismissed without prejudice. This action is hereby dismissed.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

March 15, 2017

                                        s/ L. Dixon
                                By  Deputy Clerk