UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, a United States Government Agency, <br><br> Defendant - Appellee, <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.; et al., <br><br> Intervenor-Defendants - Appellees. | No. 17-15790 <br><br> D.C. No. 3:12-cv-08176-SMM <br> U.S. District Court for Arizona, Prescott <br><br> **MANDATE** |

The judgment of this Court, entered May 30, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $177.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7