Anna M. Seidman, D.C. Bar # 417091*
Jeremy E Clare, D.C. Bar # 1015688*
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
aseidman@safariclub.org
jclare@safariclub.org
Telephone: (202) 543-8733
Facsimile: (202) 403-2244

Counsel for Defendant-Intervenor
Safari Club International
*Pro Hac Vice

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity; Sierra Club; and Grand Canyon Wildlands Council, <br><br> Plaintiffs, <br><br> v. <br><br> United States Forest Service, <br> Defendant, <br><br> and <br><br> National Rifle Association, Safari Club International, <br><br> Defendant-Intervenors. | No. CV-12-8176-PCT-SMM <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL IN SAME FIRM FOR SAFARI CLUB INTERNATIONAL** |

Pursuant to LRCiv. 83.3(b)(4), notice is hereby given that Jeremy E. Clare is being substituted for Anna M. Seidman, currently listed as counsel for Defendant-Intervenor Safari Club International.  Mr. Clare's current mailing address and email address are:

> Jeremy Clare
> Safari Club International
> 501 2nd Street N.E.
> Washington, D.C. 2002
> jclare@safariclub.org

Mr. Clare has already entered his appearance as counsel for Safari Club International in this case.

Dated: December 18, 2019.

    Respectfully Submitted,

    /s/ Anna M. Seidman
    Anna M. Seidman
    D.C. Bar # 417091*
    Jeremy E Clare
    D.C. Bar # 1015688*
    Safari Club International
    501 2nd Street N.E.
    Washington, D. C. 20002
    aseidman@safariclub.org
    jclare@safariclub.org
    Telephone: (202)-543-8733
    Facsimile: (202)-403-2244

    Counsel for Defendant-Intervenor Safari Club International
    *Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2019, I electronically transmitted the foregoing Notice of Substitution of Counsel to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Adam F Keats<br>Center for Biological Diversity<br>351 California St., Ste. 600<br>San Francisco, CA 94104<br>415-436-9682<br>Fax: 415-436-9683<br>akeats@centerforfoodsafety.org<br>Attorney for Plaintiffs | Michael Charles Augustini<br>US Dept of Justice<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-616-6519<br>Fax: 202-514-8865<br>Michael.Augustini@usdoj.gov<br>Attorney for U.S. Forest Service |
| Kevin M Cassidy<br>Earthrise Law Center<br>Lewis & Clark Law School<br>P.O. Box 445<br>Norwell, MA 02061<br>781-659-1696<br>cassidy@lclark.edu<br>Attorney for Plaintiffs | Carl Dawson Michel<br>Michel & Associates PC<br>180 E Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445<br>cmichel@michelandassociates.com<br>Attorney for National Rifle Assoc. |
| Allison Michelle LaPlante<br>Earthrise Law Center - Portland OR<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219<br>503-768-6894<br>Fax: 503-768-6642<br>laplante@lclark.edu<br>Attorney for Plaintiffs | Scott M Franklin<br>Michel & Associates PC<br>180 E Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445<br>sfranklin@michellawyers.com<br>Attorney for National Rifle Assoc. |

| | |
|---|---|
| William Lee Smith<br>Michel & Associates PC<br>180 E Ocean Blvd., Ste. 200<br>Long Beach, CA 90802<br>662-216-4444<br>Fax: 662-216-4445<br>lsmith@michelandassociates.com<br>Attorney for National Rifle Assoc.<br><br>Norman D James<br>Fennemore Craig PC - Phoenix, AZ<br>3003 N Central Ave., Ste. 2600<br>Phoenix, AZ 85012<br>602-916-5000<br>Fax: 602-916-5546<br>njames@fclaw.com<br>Attorney for National Shooting Sports Foundation Inc.<br><br>Rhett Anthony Billingsley<br>Fennemore Craig PC - Phoenix, AZ<br>2394 E Camelback Rd., Ste. 600<br>Phoenix, AZ 85016<br>602-916-5486 | Fax: 602-916-5686<br>rbillingsley@fclaw.com<br>Attorney for NSSF Inc.<br><br>Lawrence G Keane<br>National Shooting Sports Foundation Incorporated<br>11 Mile Hill Rd.<br>Newtown, CT 06470-2359<br>203-426-1320<br>Fax: 203-426-7182<br>lkeane@nssf.org<br>Attorney for NSSF Inc.<br><br>Leo John LeSueur<br>Office of the Attorney General - Phoenix<br>2005 N Central Ave.<br>Phoenix, AZ 85004-1592<br>602-542-0640<br>Fax: 602-542-4377<br>John.LeSueur@azag.gov<br>Attorney for State of Arizona |

/s/*Anna M. Seidman*
Anna M. Seidman

NOTICE OF SUBSTITUTION OF COUNSEL FOR SCI