C. D. Michel, Cal. B.N. 144258
W. Lee Smith, Cal. B.N. 196115
Scott M. Franklin, Cal. B.N. 240254
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite No. 200
Long Beach, CA 90802
Telephone:   562-216-4444
Facsimile:   562-216-4445
Emails:      cmichel@michellawyers.com
             lsmith@michellayers.com
             sfranklin@michellawyers.com

Michael T. Jean
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Rd., Ste. 5n
Fairfax, VA 22030
Telephone:   703-267-1158
Facsimile:   703-267-1164
Email:       mjean@nrahq.org

Attorneys for Defendants-
Intervenors National Rifle Association
of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States Forest Service,<br><br>    Defendant, and<br><br>National Rifle Association of America; Safari Club International; and National Shooting Sports Foundation, Inc.,<br><br>    Defendants-Intervenors. | **CASE NO. 3:12-cv-08176-PCT-SMM**<br><br>**DECLARATION OF W. LEE SMITH IN SUPPORT OF DEFENDANT-INTERVENOR NATIONAL RIFLE ASSOCIATION OF AMERICA'S APPLICATION FOR SUBSTITUTION OF ATTORNEY** |

I, W. Lee Smith, declare as follows:

1. I am an attorney with Michel & Associates, P.C. ("MAPC"), counsel of record for Defendant-Intervenor National Rifle Association of America ("NRA") in this matter. I am the primary handling attorney on this case for the client.

2. I am requesting that I and my firm be granted leave to withdraw as counsel for the NRA.

3. On May 26, 2020, I corresponded with Michael T. Jean, in-house counsel for NRA, and informed him that MAPC would be filing an application to withdraw from this matter. I also provided Mr. Jean with a copy of the application and asked him to sign it on behalf of NRA pursuant to United States District Court of Arizona Local Rules 83.3(b)(1).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 26, 2020

W. Lee Smith
Declarant

# CERTIFICATE OF SERVICE

Case Name: *Center for Biological Diversity, et al. v. United States Forest Service*
Case No.: 3:12-cv-08176-PCT-SMM

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DEFENDANT-INTERVENOR NATIONAL RIFLE ASSOCIATION OF AMERICA'S APPLICATION FOR SUBSTITUTION OF ATTORNEY**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael Charles Augustini
US Dept of Justice
P.O. Box 23986
Washington, DC 20026-3986
Telephone: 202-616-6519
Email: michael.augustini@usdoj.gov
    *Attorney for Defendant, United States Forest Service*

Kevin M. Cassidy
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
Telephone: 781-659-1696
Email: cassidy@lclark.edu
    *Attorney for Plaintiffs*

Allison LaPlante
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97211
Telephone: 503-768-6894
Email: laplante@lclark.edu
    *Attorney for Plaintiffs*

Adam F. Keats
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Telephone: 415-436-9682
Email: akeats@centerforfoodsafety.org
    *Attorney for Plaintiffs*

Norman D. James
Rhett A. Billingsley
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-2394
Telephone: 602-916-5000
Email: njames@fclaw.com
rbilling@fclaw.com
    *Attorneys for Defendant Intervenor National Shooting Sports Foundation, Inc.*

Leo John LeSueur
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004-1592
Telephone: 602-542-0640
Email: john.lesueur@azag.gov
    *Attorney for Defendant Intervenor, State of Arizona*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed May 27, 2020.

*/s/ Laura Palmerin*
_____
Laura Palmerin