**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PRESCOTT DIVISION**

| | |
|---|---|
| Center for Biological Diversity, et al., | **CASE NO. 3:12-cv-08176-PCT-SMM** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR NATIONAL RIFLE ASSOCIATION OF AMERICA'S APPLICATION FOR SUBSTITUTION OF ATTORNEY** |
| vs. | |
| United States Forest Service, | |
| Defendant, and | |
| National Rifle Association of America; Safari Club International; and National Shooting Sports Foundation, Inc., | |
| Defendants-Intervenors. | |

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  The Court having considered Defendant-Intervenor National Rifle Association of
3  America's ("NRA") Application for Substitution of Attorney, and good cause shown,
4  hereby orders as follows.

5  The Application for Substitution of Attorney is GRANTED. Michel & Associates,
6  P.C. and its attorneys C.D. Michel, W. Lee Smith, and Scott M. Franklin are hereby
7  removed as attorneys for Defendant-Intervenor National Rifle Association of America
8  and Michael T. Jean is substituted in as sole counsel for NRA.

10  IT IS SO ORDERED.