IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-12-08176-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, | |
| Defendant. | |

      This matter is before the Court on Defendant-Intervenor National Rifle Association of America's ("National Rifle Association") Motion to Substitute Attorney, filed by the law firm of Michel & Associates and its attorneys C.D. Michel, W. Lee Smith, and Scott M. Franklin. (Doc. 173.) National Rifle Association requests, pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure, that attorneys C.D. Michel, W. Lee Smith, and Scott M. Franklin of Michel & Associates be withdrawn as its counsel of record in this matter, to be replaced by National Rifle Association's in-house counsel Michael T. Jean. (Id.) A representative of National Rifle Association has indicated consent by signing the Motion, which includes W. Lee Smith's declaration, stating "I corresponded with Michael T. Jean, in-house counsel for [National Rifle Association], and informed him that [Michel & Associates] would be filing an application to withdraw from this matter." (Id.)

      Therefore, the Court approves National Rifle Association's Motion to Substitute Attorney, withdrawing attorneys C.D. Michel, W. Lee Smith, and Scott M. Franklin as counsel of record and placing Michael T. Jean, who was previously admitted pro hac vice

on April 20, 2020, as counsel of record in this matter.

Accordingly,

**IT IS HEREBY ORDERED granting** Defendant-Intervenor National Rifle Association of America's Motion to Substitute of Attorney. (Doc. 173.)

**IT IS FURTHER ORDERED** that attorneys C.D. Michel, W. Lee Smith, and Scott M. Franklin shall be withdrawn as counsel of record for Defendant-Intervenor National Rifle Association of America in this matter to be replaced by Michael T. Jean. The Clerk of the Court is kindly instructed to terminate C.D. Michel, W. Lee Smith, and Scott M. Franklin as counsel of record and remove their names from the electronic certificate of mailing.

Dated this 3rd day of June, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge