# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-12-08176-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, | |
| Defendant. | |

This matter is before the Court on the Ex Parte Motion to Withdraw as Counsel (Doc. 180), filed by Adam Keats, counsel of record for Plaintiffs. In this motion, counsel includes Plaintiffs' last known addresses and telephone numbers. (Id. at 2-3.) Further, Plaintiffs indicate consent by signing the motion. (Id.)

Accordingly, and pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure,

**IT IS ORDERED granting** the Ex Parte Motion to Withdraw, (Doc. 180) and relieving attorney Adam Keats, counsel of record for Plaintiffs, of any further representation of Plaintiffs in this case.

//
//
//
//
//

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate Adam Keats as counsel of record and remove him from the electronic certificate of mailing. Kevin Cassidy, Leo LeSueur, Lia Comerford, and Allison LaPlante will remain as Plaintiffs' counsel of record.

Dated this 11th day of February, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge