# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | NO. CV-12-08176-PCT-SMM |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| United States Forest Service, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 31, 2021, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 1, 2021

By   s/ M. Hawkins
     Deputy Clerk