Kevin M. Cassidy, Oregon Bar No. 025296 (*pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
Tel.:  (781) 659-1696
Email:  cassidy@lclark.edu

Allison LaPlante, Oregon Bar No. 023614 (*pro hac vice*)
Lia Comerford, Oregon Bar No. 141513 (*pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894 (LaPlante)
(503)768-6823 (Comerford)
laplante@lclark.edu
comerfordl@lclark.edu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; and GRAND CANYON WILDLANDS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No: 3:12-cv-08176-SMM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above-entitled case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Final Judgment (Dkt. No. 183), entered in this action on the 1st day of April, 2021, and including the District Court's underlying Order (Dkt. No. 182), dated March 31, 2021.

1

Respectfully submitted,

Dated: May 24, 2021

*s/ Lia Comerford*
Lia Comerford (*pro hac vice*)
Oregon Bar No. 141513
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6823 (Comerford)
comerfordl@lclark.edu

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which will send notification of such filing to the following:

**Michael C. Augustini**, United States Department of Justice, Attorney for Defendant United States Forest Service.

**L. John LeSueur**, Attorney for the State of Arizona.

**Jeremy Clare,** Attorney for Safari Club International.

**Michael T. Jean**, Attorney for National Rifle Association.

**Norman D. James, Rhett Billingsley, and Lawrence G. Keane,** Attorneys for Intervenor Defendant National Shooting Sports Foundation.

**Kevin Cassidy and Allison LaPlante**, Attorneys for Plaintiffs.

*s/* Lia Comerford
Lia Comerford (*pro hac vice*)
Oregon Bar No. 141513
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6823 (Comerford)
comerfordl@lclark.edu

Attorney for Plaintiffs